```
 1  E. MARTIN ESTRADA
    United States Attorney
 2  MACK E. JENKINS
    Assistant United States Attorney
 3  Chief, Criminal Division
    DANIEL J. O'BRIEN (Cal. Bar No. 141720)
 4  MAXWELL COLL (Cal. Bar No. 312651)
    Assistant United States Attorneys
 5  Public Corruption and Civil Rights Section
         1500 United States Courthouse
 6       312 North Spring Street
         Los Angeles, California 90012
 7       Telephone: (213) 894-2468/1785
         Facsimile: (213) 894-0141
 8       E-mail:    daniel.obrien@usdoj.gov
                    maxwell.coll@usdoj.gov
 9
    Attorneys for Plaintiff
10  UNITED STATES OF AMERICA
```

FILED
CLERK, U.S. DISTRICT COURT
09/23/2024
CENTRAL DISTRICT OF CALIFORNIA
BY: GR  DEPUTY

LODGED
CLERK, U.S. DISTRICT COURT
SEP 23 2024
CENTRAL DISTRICT OF CALIFORNIA
BY: rsm  DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

　　　　Plaintiff,

　　　　v.

ADAM IZA,
   also known as "Ahmed Faiq"
   and "The Godfather,"

　　　　Defendant.

No. 2:24-mj-05809-DUTY

[PROPOSED] ORDER SEALING COMPLAINT AND RELATED DOCUMENTS

(UNDER SEAL)

For good cause shown, IT IS HEREBY ORDERED THAT:

The complaint, arrest warrant, detention request, sealing application and proposed order, this Court's sealing order, and any related documents or attachments filed in the above-titled case shall be kept under seal until the Court issues an unsealing order or the arrest warrant is executed.

September 23, 2024
DATE

_/s/ Karen L. Stevenson_
HONORABLE KAREN L. STEVENSON
CHIEF UNITED STATES MAGISTRATE JUDGE

1

**OR IN CASE OF DENIAL:**

The government's application for sealed filing is DENIED.  The sealing application will be filed under seal.  The underlying documents shall be returned to the government, without filing of the documents or reflection of the name or nature of the documents on the clerk's public docket.

_____   _____
DATE                           HONORABLE KAREN L. STEVENSON
                               CHIEF UNITED STATES MAGISTRATE JUDGE