Submit this form by e-mail to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov — For Los Angeles criminal duty.
CrimIntakeCourtDocs-SA@cacd.uscourts.gov — For Santa Ana criminal duty.
CrimIntakeCourtDocs-RS@cacd.uscourts.gov — For Riverside criminal duty.

FILED

2024 SEP 24  AM 9:42

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: _____

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA  PLAINTIFF | CASE NUMBER: 2:24-mj-05809 |
|---|---|
| V.  Adam Iza  USMS# _____  DEFENDANT | REPORT COMMENCING CRIMINAL ACTION |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on 9/23/24 at ☐ AM ☒ PM
   or
   The defendant was arrested in the _____ District of _____ on _____ at ☐ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding: ☐ Yes ☐ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building): ☒ Yes ☐ No

4. Charges under which defendant has been booked:
   Evasion of Tax Assessments and Conspiracy Against Rights

5. Offense charged is a: ☒ Felony  ☐ Minor Offense  ☐ Petty Offense  ☐ Other Misdemeanor

6. Interpreter Required: ☒ No ☐ Yes  Language: _____

7. Year of Birth: 2000

8. Defendant has retained counsel: ☐ No
   ☒ Yes   Name: Josef Sadat              Phone Number: _____

9. Name of Pretrial Services Officer notified: _____

10. Remarks (if any): _____

11. Name: Chris Calley                    (please print)

12. Office Phone Number: 415-530-9694        13. Agency: FBI

14. Signature: Chris Calley /s              15. Date: 9/23/24

CR-64 (09/20)                    REPORT COMMENCING CRIMINAL ACTION