**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, | PLAINTIFF | ☒ LA ☐ RS ☐ SA | DATE FILED: 9/23/2024 |
|---|---|---|---|
| | | CASE NUMBER: | 2:24-mj-05809-DUTY ~~DAYAMAKA~~ |
| v. | | INIT. APP. DATE: 9/24/2024 | TIME: 1:30 PM |
| Adam Iza | | CHARGING DOC: | Complaint & Warrant |
| | DEFENDANT. | DEFENDANT STATUS: | In Custody |
| | | ☐ PREVIOUSLY CALENDARED HOSPITALIZED DEFENDANT | |
| | | VIOLATION: 18:241 | |
| | | COURTSMART/REPORTER: | CS 9/24/2024 |

| PROCEEDINGS HELD BEFORE UNITED STATES MAGISTRATE JUDGE  A. Joel Richlin | CALENDAR/PROCEEDINGS SHEET LOCAL/OUT-OF-DISTRICT CASE |
|---|---|

**PRESENT:** Claudia Garcia-Marquez   Daniel O'Brien & Maxwell Coll   N/A
  *Deputy Clerk*   *Assistant U.S. Attorney*   *Interpreter / Language*

- ☐ **INITIAL APPEARANCE NOT HELD - CONTINUED**
- ☒ Court issues Order under Fed. R. Crim. P. 5(f) concerning prosecutor's disclosure obligations; see General Order 21-02 (written order).
- ☒ Defendant informed of charge and right to: remain silent; appointment of counsel, if indigent; right to bail; bail review and ☒ preliminary hearing OR ☐ removal hearing / Rule 20.
- ☐ Defendant states true name ☐ is as charged ☐ is _____
- ☐ Court ORDERS the caption of the Indictment/Information be changed to reflect defendant's different true name. Counsel are directed to file all future documents reflecting the true name as stated on the record.
- ☐ Defendant advised of consequences of false statement in financial affidavit. All financial affidavits must be filed under seal.
- ☒ Attorney: Josef Sadat ~~Gary Slavett~~  ☒ Retd. ☐ Apptd. ☐ Prev. Apptd. ☐ DFPD ☐ Panel ☐ Poss. Contribution
  Ordered (see separate order) ☒ Special appearance by: Joseph Shemaria for Josef Sadat
- ☒ Government's request for detention is: ☐ GRANTED ☐ DENIED ☐ WITHDRAWN ☒ CONTINUED
- ☐ Contested detention hearing is held. ☐ Defendant is ordered: ☐ Permanently Detained ☐ Temporarily Detained (see separate order)
- ☐ BAIL FIXED AT $ _____ (SEE ATTACHED COPY OF CR-1 BOND FORM FOR CONDITIONS)
- ☒ Government moves to UNSEAL Complaint/Indictment/Information/**Entire Case**: ☒ GRANTED ☐ DENIED
- ☐ Preliminary Hearing waived.  ☐ Class B Misdemeanor ☐ Defendant is advised of maximum penalties
- ☐ This case is assigned to Magistrate Judge _____. Counsel are directed to contact the clerk for the setting of all further proceedings.
- ☐ **PO/PSA WARRANT**  ☐ Counsel are directed to contact the clerk for District Judge _____ for the setting of further proceedings.
- ☒ Preliminary Hearing set for October 8, 2024 at 11:30 AM in Los Angeles
- ☒ Post-Indictment Arraignment set for: October 15, 2024 at ~~9:00 AM~~ 11:30 AM in Los Angeles
- ☐ Government's motion to dismiss case/defendant _____ only: ☐ GRANTED ☐ DENIED
- ☐ Defendant's motion to dismiss for lack of probable cause: ☐ GRANTED ☐ DENIED
- ☐ Defendant executed Waiver of Rights.  ☐ Process received.
- ☐ Court ORDERS defendant Held to Answer to _____ District of _____
  - ☐ Bond to transfer, if bail is posted. Defendant to report on or before _____
  - ☐ Warrant of removal and final commitment to issue. Date issued: _____ By CRD: _____
  - ☐ Warrant of removal and final commitment are ordered stayed until _____
- ☒ Case continued to (Date) 10/02/2024 (Time) 10:00 ☒ AM / ☐ PM
- ☒ Type of Hearing: Detention Hearing Before Judge A. Joel Richlin /Duty Magistrate Judge.
  Proceedings will be held in the ☐ Duty Courtroom  ☒ Judge's Courtroom 780
- ☐ Defendant committed to the custody of the U.S. Marshal ☐ Summons: Defendant ordered to report to USM for processing.
- ☐ Abstract of Court Proceeding (CR-53) issued. Copy forwarded to USM.
- ☐ Abstract of Order to Return Defendant to Court on Next Court Day (M-20) issued. Original forwarded to USM.
- ☐ Electronic Release Order issued (*if issued using Release Book*: Release Order No. _____ ).
- ☐ Other: _____

**RECEIVED:** ☒ PSA ☐ PROBATION ☐ FINANCIAL ☒ CR-10   ☒ READY

Deputy Clerk Initials  CGM
                       11 min