FILED
CLERK, U.S. DISTRICT COURT

SEP 2 4 2024

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | | CASE NUMBER |
|---|---|---|
| | PLAINTIFF | 2:24-mj-05809-Duty |
| v. | | |
| ADAM IZA | | **DESIGNATION AND APPEARANCE OF COUNSEL** |
| | DEFENDANT(S). | |

## DESIGNATION OF COUNSEL

I, the undersigned defendant in the above-numbered case, hereby designate and appoint
_____Gary Slivett_____, Esquire, as my attorney to appear for
me throughout all proceedings in this case.

_9/24/2024_
_Date_

_____
_Defendant's Signature_

_Los Angeles, CA_
_City and State_

## APPEARANCE OF COUNSEL

I, _Gary Slivett_ _____ Attorney at law duly admitted to
practice before the United States District Court for the Central District of California, hereby consent to my designation and
appointment as counsel for the above-named defendant.  The Clerk is therefore requested to enter my appearance as
defendant's counsel.

Receipt is hereby acknowledged of a copy of the Indictment or Information in this case.

_9/24/2024_
_Date_

_187069_
_California State Bar Number_

_____
_Attorney's Signature_

_10940 Wilshire Blvd #2000_
_Street Address_

_LA  CA  90024_
_City, State, Zip Code_

_310-860-4017_    _310-774-3904_
_Telephone Number_    _Fax Number_

_gslivett@hsttarlaw-com_
_E-mail Address_

CR-14 (01/07)    **DESIGNATION AND APPEARANCE OF COUNSEL**