FILED
CLERK, U.S. DISTRICT COURT

SEP 2 4 2024

CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| United States of America | |
|---|---|
| | PLAINTIFF |
| v. | |
| Adam Iza | |
| | DEFENDANT(S). |

CASE NUMBER

24 MJ 05809

**DESIGNATION AND APPEARANCE OF COUNSEL**

---

**DESIGNATION OF COUNSEL**

I, the undersigned defendant in the above-numbered case, hereby designate and appoint
Josef Sadat & Joseph Shemaria, Esquire, as my attorney to appear for
me throughout all proceedings in this case. (By Joseph Shemaria)

Date 9/24/24

X _____
Defendant's Signature

Los Angeles CA
City and State

---

**APPEARANCE OF COUNSEL**

I, Josef Sadat (by Joseph Shemaria) _____ Attorney at law duly admitted to
practice before the United States District Court for the Central District of California, hereby consent to my designation and
appointment as counsel for the above-named defendant. The Clerk is therefore requested to enter my appearance as
defendant's counsel.

Receipt is hereby acknowledged of a copy of the Indictment or Information in this case.

Date 9/24/24

_____
Attorney's Signature

47311
California State Bar Number

9171 Wilshire Blvd #500
Street Address

Beverly Hills CA 90210
City, State, Zip Code

310 988-2627
Telephone Number          Fax Number

Joe@federalcrimeslawyers.com
E-mail Address

CR-14 (01/07)          DESIGNATION AND APPEARANCE OF COUNSEL