JOSEF SADAT (282485)
9595 WILSHIRE BLVD., SUITE 900
BEVERLY HILLS, CA 90210
OFFICE: (310) 300-8435
CELL: (310) 709-6291
FAX: (310) 300-8401
josadatcriminaldefense@gmail.com
Attorney for Defendant,
ADAM IZA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 2:24-MJ-05809-DUTY |
| Plaintiff, | STIPULATION TO CONTINUE DETENTION HEARING |
| vs. | |
| ADAM IZA. | |
| Defendant. | |

TO THE HONORABLE A. JOEL RICHLIN, UNITED STATES MAGISTRATE JUDGE:

Defendant, ADAM IZA, ("defendant"), by and through his counsel of record, Josef Sadat, and Plaintiff United States of America, by and through its counsel of record, Assistant United States Attorney, Maxwell Coll, hereby stipulate as follows:

//
//

-1-

1.    Defense needs more time to gather and present supplemental mitigation documents, including but not limited to critical medical records, to both the Prosecution and Court prior to the Detention Hearing.

2.    A nine-day continuance of the Detention Hearing from October 2, 2024, to October 11, 2024, will allow the Defense sufficient time to gather these critical records, provide them to the Prosecution for review, and for both sides to then subsequently come to a more informed and conclusive position on the issue of Detention prior to the Hearing.

3.    Defendant Adam Iza consents to his detention hearing being continued to October 11, 2024.

IT IS SO STIPULATED.

Dated: 9/30/24

Respectfully submitted,

/s/ Josef Sadat
Josef Sadat
Attorney for Defendant
ADAM IZA

-2-

1
2  Dated: 9/30/2024
3
4                                         Maxwell Coll
5                                         Assistant United States Attorney
6
                                          Attorney for Plaintiff
7                                         UNITED STATES OF AMERICA
8
9
10
11 Dated: 9/30/24
12
                                          Adam Iza,
13                                        Defendant
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-3-