AO 468 (Rev. 04/15) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
for the

United States of America
v.
ADAM IZA
*Defendant*

Case No. 2:24-mj-05809-DUTY

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5.1, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5.1 or Fed. R. Crim. P. 32.1.

Date: 9/30/24

*Defendant's signature*

*Signature of defendant's attorney*

JOSEF SADAT 242485
*Printed name and bar number of defendant's attorney*

9595 WILSHIRE BLVD. STE 900
BEVERLY HILLS, CA 90212
*Address of defendant's attorney*

SADATLAWGROUP@GMAIL.COM
*E-mail address of defendant's attorney*

310 7096291
*Telephone number of defendant's attorney*

310 300 6401
*FAX number of defendant's attorney*